

EOD
08/25/2017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THOMAS A. SIMMONS, D.D.S., P.A., | § | CASE NO. 16-40921-btr |
| | § | |
| THOMAS A. SIMMONS, D.D.S., | § | CASE NO. 16-40922-btr |
| | § | |
| **Debtors.** | § | (Jointly Administered Under |
| | § | Case No. 16-40921-btr) |

## ORDER GRANTING APPLICATION TO ENTER
## FINAL DECREE AND CLOSE CASE

Came on for consideration the Debtors' *Application to Enter Final Decree and Close Case* (the "Application") in the above-styled and numbered cases. After reviewing the Application, the Court finds that there is no need for any further administration in this case. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cases are closed and all fees owed to the United States Trustee will be paid within five (5) days after the entry of this Order; and it is further

**ORDERED, ADJUDGED AND DECREED** that the closing of the case styled Thomas A. Simmons, D.D.S., case number 16-40922-btr, is provisionally closed subject to its anticipated reopening upon completion of all payments required to be made under the confirmed Chapter 11 Plan to allow Debtor to obtain a discharge.

DATED:

Signed on 8/25/2017

*Brenda T. Rhoades*   SR
_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625

Dallas, Texas 75230
ATTORNEYS FOR DEBTORS